IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AGNES BUSS,

    Plaintiff,

  v.

Case No. 18-cv-565-wmc

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment entered in favor of defendant Andrew M. Saul against plaintiff Agnes Buss affirming the Commissioner's decision denying plaintiff's application for disability benefits and supplemental security income.

    s/ R. Swanson, Deputy Clerk             10/31/2019
    Peter Oppeneer, Clerk of Court             Date